WAYNE A. BROCK, *Appellant,* v. THE DEPARTMENT OF
EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 83–2–00146–4, James B. Mitchell, J.,

entered December 30, 1983. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.